# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. TYSHAWN BOYKIN**                          **Docket No. 3:01CR00071(RNC)**

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Christopher Rogers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tyshawn Boykin who was sentenced to 5 years probation for a violation of 18 U.S.C. § 1341, Mail Fraud, by the Honorable Robert N. Chatigny sitting in the court in Hartford, Connecticut, on October 19, 2001 and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant shall serve the first 6 months of his term of probation confined to his mother's home with electronic monitoring, the cost of electronic monitoring will be paid by the United States Probation Office; the defendant will be allowed to leave his home to work, attend school or job training, obtain medical attention, attend church and at other times specifically approved in advance by the United States Probation Office; 2) The defendant shall pay restitution in the amount of $59,271 to Telecheck Services, and $1,521 to Equifax, for a total restitution of $60,792. Restitution will be paid at a monthly rate of $100 per month beginning November of 2001; 3) The defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the United States Probation Office; the defendant will pay all, or a portion of the costs associated with such treatment based on his ability to pay, in an amount to be determined by the United States Probation Office; and 4) The defendant will work full time or engage in schooling or vocational training on a full time basis. Mr. Boykin's probation was revoked on December 19, 2002, and he was sentenced to 18 months imprisonment, to run consecutively to his 12 month sentence he received in state court, followed by three years supervised release, with the same conditions reimposed. His supervised release commenced on November 17, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

<u>Charge No. 1 Standard Condition</u>: " The defendant shall report as the probation officer directs, and submit a truthful and complete written report within the first five days of each month."

Mr. Boykin has not reported to the probation office since May 26, 2005. Numerous attempts have been made by the probation officer to get the offender into compliance.

<u>Charge No. 2 Standard Condition</u>: "The defendant shall notify the probation officer ten days prior to change in employment."

The defendant's employment at Simkins Industries was terminated due to continual absences and he failed to notify the probation officer.

<u>Charge No. 3 Special Condition</u>: "The defendant shall pay restitution in the amount of $60, 792 at a rate of $100 per month."

The defendant has made one payment of $100 towards his restitution since his supervised release commenced on November 17, 2004.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 7th day of ~~August~~ SEPT, 2005 and ordered filed and made a part of the records in the above case.

_____
The Honorable Robert N. Chatigny
United States District Judge

Sworn to By
_Christopher Rogers_ (signature)
Christopher Rogers
United States Probation Officer

Place _Hartford, CT_

Date _9/7/05_

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this 7th day of September at Hartford U.S. Probation Officer Christopher Rogers appeared and upon oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Robert N. Chatigny
Chief United States District Judge