UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:01CR00071(RNC) |
| v. | : | |
| TYSHAWN RASARD BOYKIN | : | September 20, 2005 |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, prosecuting in its own sovereign right and Assistant United States Attorney Maria A. Kahn, on behalf of Assistant United States Attorney Calvin B. Kurimai, and respectfully informs this Honorable Court:

1. On Friday, June 23, 2005, at 1:00 p.m., there will come before this Court, at 450 Main Street, Hartford, Connecticut, the criminal case of United States of America v. Tyshawn Rasard Boykin, Criminal No. 3:01CR00071(RNC).

2. That the above-named defendant, **TYSHAWN RASARD BOYKIN,** is charged with violation of Supervised Release.

3. That the said **TYSHAWN RASARD BOYKIN,** Inmate No.265207, is now confined at the Bridgeport Correctional Center, 1106 North Avenue, Bridgeport, Connecticut..

4. That the said **TYSHAWN RASARD BOYKIN,** should be presented before said United States District Court, District of Connecticut, at said time and place so said defendant may be present at the hearing on Violation of Supervised Released, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of

Habeas Corpus Ad Prosequendum to the Warden, Bridgeport Correctional Center, 1106 North Avenue, Bridgeport, Connecticut, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said **TYSHAWN RASARD BOYKIN,** at the United States District Court, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

        UNITED STATES OF AMERICA

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        MARIA A. KAHN
        ASSISTANT UNITED STATES ATTORNEY
        FEDERAL BAR NO. CT06573

For:    CALVIN B. KURIMAI
        ASSISTANT UNITED STATES ATTORNEY
        157 CHURCH STREET, 23RD FLOOR
        NEW HAVEN, CT 06510
        TEL. (203) 821-3700
        FEDERAL BAR NO. CT07223

| | |
|---|---|
| STATE OF CONNECTICUT ) | |
| ) | ss.: New Haven, CT, September 20, 2005 |
| COUNTY OF NEW HAVEN ) | |

    Personally appeared before me Maria A. Kahn, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that she has read the foregoing application, that she is familiar with the contents of same, that same is true of her own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, she believes it to be true.

                                                 _____
                                                 Commissioner of the Superior Court