UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR00071(RNC) |
| TYSHAWN BOYKIN | : | January 9, 2006 |

## MOTION TO RESCHEDULE HEARING

The undersigned respectfully requests the Court to reschedule the hearing on this matter from January 31, 2006 to a date convenient to the Court either prior to January 27 or on or after February 3.

Counsel will be out of the District at a conference from January 27 to February 2.

         Respectfully submitted,

         THE DEFENDANT,
         TYSHAWN BOYKIN

Dated: January 9, 2006      /s/
         Thomas G. Dennis
         Federal Defender
         10 Columbus Blvd, FL 6
         Hartford, CT 06106-1976
         Bar No. ct05100
         (860) 493-6260
         Email: thomas.dennis@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Reschedule Hearing has been mailed to Calvin B. Kurimai, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 9 day of January 2006.

         /s/
         Thomas G. Dennis