January 10, 2006. Granted. The hearing is hereby rescheduled to February 7, 2006 at 2:00 p.m. So ordered.

Robert N. Chatigny, U.S.D.J.

01cr71end36

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR00071(RNC) |
| TYSHAWN BOYKIN | : | January 9, 2006 |

## MOTION TO RESCHEDULE HEARING

The undersigned respectfully requests the Court to reschedule the hearing on this matter from January 31, 2006 to a date convenient to the Court either prior to January 27 or on or after February 3. Counsel will be out of the District at a conference from January 27 to February 2.

Respectfully submitted,

THE DEFENDANT,
TYSHAWN BOYKIN

Dated: January 9, 2006

Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260
Email: thomas.dennis@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Reschedule Hearing has been mailed to Calvin B. Kurimai, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 9 day of January 2006.

Thomas G. Dennis