# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. TYSHAWN BOYKIN

Docket No. 3:01CR00071(RNC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Mark D. Myers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tyshawn Boykin who was sentenced to 5 years' probation for a violation of 18 U.S.C. §1341 by the Honorable Robert N. Chatigny, Chief U.S. District Judge, sitting in the court at Hartford, Connecticut on October 19, 2001, who fixed the period of probation at 5 years which commenced on October 19, 2001 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant will serve the first 6 months of his term of probation confined to his mother's home with electronic monitoring. The cost of electronic monitoring will be paid by the United States Probation Office. The defendant will be allowed to leave his home to work, attend school or job training, obtain medical attention, attend church and at other times specifically approved in advance by the United States Probation Office; 2) The defendant will pay restitution in the amount of $59,271 to Telecheck Services, c/o Matt Binder, 5251 Westheimer Street, Houston, TX 77056; and $1,521 to Equifax, c/o Xenia Lane, 11601 N. Roosevelt Boulevard, St. Petersburg, FL 33716 for a total restitution of $60,792. Restitution will be paid at a monthly rate of $100 per month beginning next month; 3) The defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the United States Probation Office; the defendant will pay all, or a portion of, the costs associated with any such treatment based on his ability to pay, in an amount to be determined by the United States Probation Office; and 4) The defendant will work full time or engage in schooling or vocational training on a full time basis.

On December 19, 2002, the defendant appeared before this Court on a violation of probation hearing, at which time his probation was revoked based on a state court conviction for Distribution of Narcotics. He was sentenced to 18 months' imprisonment, to be served consecutively to the 12 month state court sentence he was serving. Three years' supervised release was ordered and the same special conditions were reimposed. The defendant was released from custody on November 17, 2004, at which time his supervised release commenced.

On January 9, 2006, an Amended Petition on Probation and Supervised Release was filed, charging the defendant with four separate violations of his supervised release. The defendant was cited for failure to report as directed, failure to notify the probation officer ten days prior to any change in employment, failure to pay restitution as ordered, and new criminal conduct. He had been arrested on September 13, 2005, and charged with Brandishing or Carrying a Facsimile Firearm, Interfering with an Officer and Failure to Obey Control Signal. He pled guilty in Milford Superior Court to Interfering With an Officer on January 5, 2006, and received a sentence of 1 year jail, execution suspended after 114 days served, and 2 years' conditional discharge. On February 7, 2006, the defendant appeared before Your Honor for disposition of his violation proceeding. The Court continued the defendant on supervised release. His supervision is scheduled to expire on March 10, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

See attached

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervised release tolled.

**ORDER OF COURT**

Considered and ordered this 11th day of December 2006 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny ~~Peter C. Dorsey~~
~~Chief~~ United States District Judge

Before me, the Honorable ~~Robert N. Chatigny, Chief~~ *Peter C. Dorsey* United States District Judge, on this 11th day of December 2006 at Hartford, Connecticut, U.S. Probation Officer Mark D. Myers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

Sworn to By

Mark D. Myers
United States Probation Officer

Place: New Haven, CT
Date: December 11, 2006

The Honorable Robert N. Chatigny
Chief United States District Judge

### Charge No. 1 - Condition Violated

Standard Condition: "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

The defendant failed to appear for his regularly scheduled appointment on November 7, 2006. He failed to submit a written report for the month of October 2006. The defendant last reported to the probation office on October 3, 2006.

### Charge No. 2 - Condition Violated

Standard Condition: "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance."

On October 16, 2006, the defendant was arrested and charged by the New Haven Police Department with Possession of Narcotics, Possession of Narcotics Within 1,500 Feet of a School, Possession of Narcotics With Intent to Sell, and Possession of Narcotics With Intent to Sell Within 1,500 Feet of a School. These charges are pending in New Haven Superior Court under docket number N23N-CR06-60572-S. He was separately charged under docket number N23N-MV06-36653-S with Driving Under the Influence of Alcohol or Drugs, Failure to Drive on the Right, and Operating Under Suspension. His next court date is scheduled for December 4, 2006.

On October 23, 2006, the defendant was arrested and charged by the New Haven Police Department with 2 counts of Operating Under Suspension and 2 counts of Having No Insurance. On November 22, 2006, the defendant failed to appear in court on these charges and an arrest warrant was issued, charging him with Failure to Appear.

### Charge No. 3 - Condition Violated

Standard Condition: "You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer."

The defendant has not notified the probation office of his recent arrests.

### Charge No. 4 - Condition Violated

Special Condition: "The defendant will pay restitution in the amount of $59,271 to Telecheck Services; and $1,521 to Equifax, for a total restitution of $60,792. Restitution will be paid at a monthly rate of $100 per month beginning next month."

The defendant's last restitution payment was recorded on May 9, 2005. His balance is $60,327.