AO 468 (1/86) Waiver of Preliminary Examination or Hearing

United States District Court
District of Connecticut
FILED AT NEW HAVEN
1/11/07 20
Kevin F. Rowe, Clerk
Deputy Clerk

# United States District Court

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

TYSHAWN BOYKIN

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 01 CR 71 (RNC)

I, TYSHAWN BOYKIN, charged in a (complaint) (petition) pending in this District with VIOLATION OF SUPERVISED RELEASE

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Defendant_

1/11/07
Date

_Counsel for Defendant_