IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

----------------------------------------------------x
: 
UNITED STATES OF AMERICA           :     3:01 CR 71 (RNC)
:
v.                                 :
:
TYSHAWN BOYKIN                     :     DATE: JANUARY 11, 2007
:
----------------------------------------------------x

## ORDER OF DETENTION

Counsel agreed that the issue of bond is academic, in light of the pending arrest warrants against defendant. Therefore, by agreement of counsel, the Government's motion for detention is <u>granted</u>, without prejudice to defendant later filing a motion for reconsideration.

Dated at New Haven, Connecticut, this 11th day of January, 2007.


_____/s/_____
Joan G. Margolis
U.S. Magistrate Judge