UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | CASE NO. 3:01CR71(RNC) |
| : | |
| TYSHAWN BOYKIN : | |

ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

On December 19, 2002, the defendant was sentenced to a period of incarceration of 18 months, to be followed by a term of supervised release of 3 years, subject to standard and special conditions, based on his conviction for mail fraud.

On December 11, 2006, the defendant was ordered to show cause why his term of supervised release should not be revoked based on a petition filed by the probation office stating that he had violated the following standard conditions of his supervised release: (1) that he report to the probation officer and submit a truthful and complete statement within the first five days of each month; (2) that he not commit another federal, state or local crime, nor illegally possess a controlled substance; (3) that he notify the probation office within 72 hours of being arrested or questioned by a law enforcement officer; and (4) that he pay restitution in the total amount of $60,792.00, at a rate of $100.00 per month.

On February 12, 2007 the defendant appeared with counsel for a hearing to determine if his supervised release should be revoked. At the hearing, the defendant admitted to violations 1, 3 and 4. Based on the entire record, the Court found that the defendant had violated these standard conditions and ordered that his term of

supervised release be revoked. The Court imposed a sentence of 9 months' imprisonment with no supervised release to follow.

Accordingly, it is hereby ordered that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons to be imprisoned for a term of nine (9) months. The Court recommends to the Bureau of Prisons that the defendant be designated to serve his term of incarceration at a facility as close to Connecticut as possible to facilitate family visits and that he be given an opportunity to participate in substance abuse treatment.

So ordered.

Dated at Hartford, Connecticut this _____ day of February 2007.

\_\_\_\_/s/_____
Robert N. Chatigny
United States District Judge